**Order filed February 28, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00251-CV

_____

**ADVANCED PERSONAL CARE, LLC, Appellant**

**V.**

**JACQUELYN CHURCHILL, EVERETT CHURCHILL AND JED, INC.,**
**Appellee**

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-04324**

# O R D E R

The clerk's record was filed June 3, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain any request for a reporter's record, including any statement of points or issues under Rule 34.6 (c).

The Harris County District Clerk is directed to file a supplemental clerk's record on or before March 7, 2014, containing any request for a reporter's record, including any statement of points or issues under Rule 34.6 (c).

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM